# Return

| Case No.: | Date and time warrant executed: 10/03/2024 12:06 pm | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of :
TFO Boudreau, Inspector McNiff, Inspector Plante

Inventory of the property taken and name(s) of any person(s) seized:

no property seized

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/03/2024

*Executing officer's signature*

Alex Rodriguez TFO
*Printed name and title*